# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONTA OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-cv-2522 |
| ) | |
| TARIS REMON DOWDELL, and ) | (Cook County. Illinois |
| MARTEN TRANSPORT SERVICES, LTD., ) | No. 2019 L 002778) |
| ) | JURY DEMAND |
| Defendants. ) | |

## DEFENDANTS MARTEN TRANSPORT, LTD. AND TARIS REMON DOWDELL'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

Defendants, TARIS REMON DOWDELL ("Dowdell") and MARTEN TRANSPORT, LTD., erroneously sued as MARTEN TRANSPORT SERVICES, LTD., ("Marten"), by their attorneys, THE HUNT LAW GROUP, LLC., hereby give notice that this action has been removed from the Circuit Court of Cook County, in the State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully state as follows:

1. On March 13, 2019, the plaintiff, DONTA OWENS ("Owens") filed a civil complaint captioned <u>Donta Owens v. Marten Transport Services, LTD. et al.</u>, Case No. 2019 L 002778, in the Circuit Court of Cook County, Illinois. The complaint alleges that, as a result of a motor vehicle accident occurred on October 14, 2017, the plaintiff "sustained physical injuries to various portions of her body; expended medical care and treatment; resulted in experiencing pain and suffered and will suffer mental anguish; resulted in both temporarily and permanently disabled and disfigured; resulted in property damage to her vehicle; and resulted in pecuniary damages." (See Complaint at Law, attached hereto as **Exhibit A**.)

30898

2. On March 21, 2019, Marten Transport, Ltd. was served with the Complaint at Law.

3. As of the date of this filing, Ramon Taris Dowdell had not been served. As such, Dowdell's consent for removal is not required. See Davis v. Averitt Express, Inc., 2006 WL 3883322, at *2 (N.D. Ill. Dec. 28, 2006).

4. The Hunt Law Group, LLC, has been retained by Marten Transport, Ltd. to defend each of the named defendants in this matter – Marten Transport, Ltd. and Taris Remon Dowdell. Thus, through their attorneys, every defendant who has been properly served consents to removal.

5. Upon information and belief, the plaintiff, Owens, is now and was at the time of the occurrence and the commencement of this lawsuit a citizen of the State of Illinois. Upon information and belief, Owens resides at 3014 Bernice Ave, Apt #2S, Lansing, Illinois 60430.

6. The defendant, Marten Transport, Ltd., is a citizen of the State of Delaware and Wisconsin. Marten is now and was at the time of the occurrence and the commencement of this lawsuit incorporated in Delaware, with its principal place of business at 129 Marten St, Mondovi, Wisconsin 54755. (See Marten Transport, Ltd.'s Wisconsin Department of Financial Institutions printout, attached hereto as **Exhibit B**.)

7. Upon information and belief, the defendant, Dowdell, is an individual and citizen of the State of Florida. Upon information and belief, he resides at 5620 Collins Road Apt 906, Jacksonville, FL 32244.

8. Accordingly, neither of the defendant is a citizen of the State of Illinois and nor has a place of business in Illinois. Therefore, there is a complete diversity between the parties pursuant to 28 U.S.C. § 1332(a)(1) and §1441(b).

30898

9. The named defendant, Marten Transport, Ltd., does not have any parent corporations. No company owns more than ten percent (10%) of Marten Transport, Ltd.'s stock. (See Marten Transport, Ltd.'s Corporate Disclosure Statement, attached hereto as **Exhibit C**.)

10. The plaintiff's complaint included a prayer for a sum in relief excess of $50,000 plus costs to plaintiff with the allegations that plaintiff suffers permanent disfigurement and present and future mental anguish. During pre-suit settlement, plaintiff's attorney made a settlement demand of $250,000 based on the claimed injury to the cervical and lumbar spine and medical bills amounting to approximately $50,200 and lost wages in the amount of $12,300. The plaintiff's attorney further stated in the complaint that the plaintiff's alleged injury includes future pain, future mental anguish, and permanent disfigurement of her cervical and lumbar spine.

11. Accordingly, given the representation by plaintiff's attorney -- as set forth in Paragraph 10 above -- the defendants state that it is their good-faith belief that the amount-in-controversy exceeds $75,000, exclusive of interest and costs.

12. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, and this action may be removed to this Court by the defendants pursuant to 28 U.S.C. §§ 1446(a), because it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and this Court is the District Court of the United States for the district and division encompassing the place where the action is pending.

13. This Notice of Removal is being filed within the thirty-day deadline as prescribed by 28 U.S.C. §§ 1446(b).

14. Attached to this filing are certified copies of all pleadings and orders that have been filed in the state court action. (See **Exhibit A**.)

30898

15. Promptly after filing this Notice of Removal, the defendants will file a true and accurate copy of this Notice of Removal with the clerk of the Circuit Court of Cook County, Illinois. Written notice of the filing will also be provided to the plaintiff's counsel, as required by 28 U.S.C. §§ 1446(d).

WHEREFORE, the defendants, MARTEN TRANSPORT, LTD. and TARIS REMON DOWDELL, hereby give notice that this matter captioned <u>Donta Owens v. Marten Transport et al.</u>, Case No. 2019 L 002778, which was filed in the Circuit Court of Cook County, Illinois, is removed to the United State District Court for the Northern District of Illinois.

**THE DEFENDANTS DEMAND TRIAL BY JURY**

Respectfully submitted,

THE HUNT LAW GROUP, LLC

**/s Brian J. Hunt**
Brian J. Hunt

Brian J. Hunt (6208397)
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)
312-443-9391 (fax)
bhunt@hunt-lawgroup.com