IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
3/13/2019 5:32 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 3/13/2019 5:32 PM   2019L002778

DONTA OWENS,

    Plaintiff,

vs.

TARIS REMON DOWDELL, and,
MARTEN TRANSPORT SERVICES, LTD.,

    Defendants.

No. 2019L002778

Amount Claimed: in excess
of $50,000 PLUS COST
FOR EACH PLAINTIFF

## COMPLAINT

NOW COMES the Plaintiff, DONTA OWENS, by her attorneys, ELMAN LAW GROUP, LLC, and in complaining of the Defendants, TARIS REMON DOWDELL and MARTEN TRANSPORT SERVICES, LTD., states as follows:

1. That on the 14th day of October, 2017, the Plaintiff, DONTA OWENS, was operating a motor vehicle proceeding westbound in the 1700 block of East West Road in the City of Calumet City, County of Cook and State of Illinois.

2. That on the said date, the Defendant, TARIS REMON DOWDELL, was the operator of a motor vehicle turning right while westbound onto the 1700 block of East West Road in the City of Calumet City, County of Cook and State of Illinois.

3. That on the said date, Defendant, TARIS REMOND DOWDELL, was a duly authorized agent of Defendant, MARTEN TRANSPORT SERVICES, LTD.

4. That at all times pertinent hereto, it was the duty of the Defendants to exercise ordinary care for the safety of the Plaintiff.

5. That notwithstanding said duty, the Defendants were guilty of one or more of the following negligent acts or omissions:

    a. Failed to yield the right of way;

    b. Failed to decrease the speed of said motor vehicle

EXHIBIT A



1

      c. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, which endangered the safety of the Plaintiff;

      d. Failed to keep said motor vehicle under proper control;

      e. Failed to take proper evasive action to avoid a collision once it became imminent;

      f. Failed to warn the plaintiff by honking their horn;

      g. Operated said motor vehicle without keeping a proper and sufficient lookout; and,

      h. Failed to maintain their lane position.

      i. Attempted right turn when it wasn't safe to do so

6. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of the Defendants, the Defendants' motor vehicle collided with Plaintiff's vehicle, resulting in the Plaintiff sustaining injury to various portions of her body, requiring her to expend money for medical care and treatment; resulting in her experiencing pain, suffering and mental anguish both now and in the future; resulting in her becoming both temporarily and permanently disabled and disfigured; resulting in property damage having been caused to Plaintiff's vehicle; and resulting in out of pocket expenses.

WHEREFORE, Plaintiff, DONTA OWENS, prays for judgment against the Defendants, TARIS REMON DOWDELL and MARTEN TRANSPORT SERVICES, LTD., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs for Plaintiff.

                                          ELMAN LAW GROUP, LLC

                              By: *ANTHONY R. ELMAN*
                                   Anthony R. Elman
                                   Attorney for Plaintiff

ELMAN LAW GROUP, LLC #32429
212 W. WASHINGTON, SUITE 1208
CHICAGO, IL 60606
Phone: (312) 739-2159
Fax: (312) 739-2162
Email: elmanlawgroup.court@gmail.com

### AFFIDAVIT AND VERIFICATION PURSUANT TO SUP. CT. RULE 222 (B)

    I, ANTHONY R. ELMAN, an attorney for the Plaintiff, states on oath that I am familiar with the facts relating to the above captioned matter. That the allegations contained in the Complaint are true and the nature and extent of Plaintiff's injuries are such that the claim has a value in excess of $50,000.00, pursuant to S. Ct. Rule 222 (B).

*ANTHONY R. ELMAN*
ANTHONY R. ELMAN

ELMAN LAW GROUP, LLC #32429
212 W. WASHINGTON ST., SUITE 1208
CHICAGO, IL 60606
Phone: (312) 739-2159
Fax: (312) 739-2162
Email: elmanlawgroup.court@gmail.com

3

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons (06/28/18) CCG 0001

FILED
3/13/2019 5:32 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 3/13/2019 5:32 PM 2019L002778

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DONTA OWENS

(Name all parties)

v.

TARIS REMON DOWDELL and MARTEN TRAN$

Case No. 2019L002778

☑ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness: _____

3/13/2019 5:32 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Atty. No.: 32429
Atty Name: Elman Law Group, LLC
Atty. for: Plaintiff
Address: 212 W. Washington Street, Suite 1208
City: Chicago   State: IL
Zip: 60606
Telephone: (312) 739-2159
Primary Email: elmanlawgroup.court@gmail.com
Secondary Email: _____
Tertiary Email: _____

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

APR 1 0 2019

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois   cookcountyclerkofcourt.org

Page 1 of 2

FILED DATE: 3/13/2019 5:32 PM   2019L002778

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

- Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801  DALEY CTR.
CHICAGO, IL. 60602


ID: LD2019L002778   20190318000003
AT: ELMAN ANTHONY R
TO: ELMANLAWGROUP.COURT@GMAIL.COM

              * * * * * N O T I C E * * * * *

                    CASE  19-L-002778


   OWENS DONTA             V.        DOWDELL TARIS
   THERE WILL BE A CASE MANAGEMENT CALL OF YOUR CASE ON THURSDAY
   THE  9TH DAY OF MAY IN ROOM 2210 AT  9:00 A.M. AT THE
   DALEY CENTER COURT HOUSE, 50 WEST WASHINGTON STREET, CHICAGO, IL
```

